UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JARVIS BALLARD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2427** |
| **JAMES POHLMANN, ET AL** | **SECTION: "P" (1)** |

## ORDER

The Court has been notified that the parties have reached a settlement.[1]

Accordingly, **IT IS ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days from the date of this order. Each party will bear its own costs. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**THE PARTIES ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 20th day of December 2023.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 40.